**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01825-BNB

JAIME RODRIGUEZ,

    Plaintiff,

v.

LIMON CORRECTIONAL OFFICERS AND FACILITY,
NURSE NICOLE BLATNICK,
NURSE DORTHY,
NURSE TOMTALLEY,
NURSE RICK LEAHRY,
NURSE MARTIN,
C.O. EBERLIE,
CASE MANAGER MISS WALTERS,
LT. TOMMOS,
LT. INFANTE,
SERGEANT STANGLE,
CAPTAIN FOX,
DENTIST THALKEN,
DENTIST PETERSON, and
DENTIST A. ZGUT,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's Application for Court-Appointed Counsel, ECF No. 7. The request is denied as premature.

Dated: July 30, 2012